IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KEITH TRANSOU,

      Plaintiff,

v.                                                                                          No. 1:16-cv-01065-JDB-egb

ANITA HARRIS,

      Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE
WITHOUT PREJUDICE
_____

On April 4, 2016, the *pro se* Defendant, Anita Harris, filed a notice of removal to this Court of a matter before the Juvenile Court of Madison County, Tennessee. (Docket Entry ("D.E.") 1.) In her filing, she alleged racial discrimination on the part of the juvenile court judge, Christy R. Little, who presided over a child custody dispute involving Harris and Keith Transou, the father of the children at issue and the party to whom custody of the children was apparently awarded. Pursuant to Administrative Order No. 2013-05, this action was referred to the assigned magistrate judge, Edward G. Bryant, for management of all pretrial matters, including screening of the removal documents. In a report and recommendation entered October 18, 2017, Judge Bryant recommended that the case be dismissed *sua sponte* in accordance with Rule 12(b)(1) of the Federal Rules of Civil Procedure. (D.E. 7.) No objection to the report and recommendation has been filed, and the time for such objection has expired. Having reviewed the report and recommendation and the entire record, the Court hereby ADOPTS the report and DISMISSES this matter in its entirety.

IT IS SO ORDERED this 10th day of January 2018.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE